UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED

JAN 2 1 2010

Clerk of Court

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | CRIMINAL NUMBER |
| | § | |
| ROBERT CAVAZOS | § | |
| | § | C -10-0042 |
| INDICTMENT | | |

THE GRAND JURY CHARGES THAT:

<u>COUNT ONE</u>

On or about December 23, 2009, in the Corpus Christi Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

ROBERT CAVAZOS,

did knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved less than fifty (50) kilograms of marihuana, that is, approximately three and seventy-six hundredths (3.76) (gross weight) kilograms of marihuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

A TRUE BILL:
<u>ORIGINAL SIGNATURE ON FILE</u>
FOREPERSON OF THE GRAND JURY

TIM JOHNSON
UNITED STATES ATTORNEY

By: _____
ROB W. MACDONALD
Assistant United States Attorney