United States Courts
Southern District of Texas
FILED

JAN 21 2010

Clerk of Court

| U.S. Department of Justice<br>Washington, D.C. | Criminal Docket<br>Presented in Victoria  C-09-1204 |
|---|---|

CORPUS CHRISTI  Division

CR. No. **C-10-0042**

File:

INDICTMENT  Filed: January 21, 2010

Judge: **HONORABLE HAYDEN HEAD**

County: Brooks
LIONS #: 2009R32249

Attorneys:

United States of America

v.

ROBERT CAVAZOS

TIM JOHNSON, U.S. ATTORNEY
ROB W. MACDONALD, ASST. U.S. ATTORNEY
GRAND JURY ACTION       APP'D  RET'D

PLEASE INITIAL

TRUE BILL: _____

NO BILL: _____

Charge(s):  Ct. 1: Did knowingly and intentionally possess with intent to distribute approximately 3.76 kilograms of marihuana: 21 USC 841(a)(1) and 841(b)(1)(D).

Total Counts (1)

Penalty:  Ct. 1: Not more than 5 years imprisonment, or a fine not to exceed $250,000, or both; at least 2 years SRT; a $100 Special Assessment; and, community restitution up to the amount of any fine imposed by the Court.

In Jail:  XXX

On Bond:

No Arrest: